**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
**File Name: 04a0108n.06**
**Filed: November 18, 2004**

**No. 03-6338**

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) | |
| | ) | ON APPEAL FROM THE |
| Plaintiff-Appellee, | ) | UNITED STATES DISTRICT |
| | ) | COURT FOR THE MIDDLE |
| v. | ) | DISTRICT OF TENNESSEE |
| | ) | |
| ROBERTSON CHEATHAM FARMER'S COOPERATIVE, | ) | **M E M O R A N D U M** |
| | ) | **O P I N I O N** |
| | ) | |
| Defendant-Appellant. | ) | |

**BEFORE: NORRIS, BATCHELDER and ROGERS, Circuit Judges.**

**PER CURIAM.** Defendant, Robertson Cheatham Farmer's Cooperative, appeals from a jury verdict awarding back pay in an action brought by the Equal Employment Opportunity Commission on behalf of a former employee of defendant, based on the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621 et seq. Defendant contends that the district court erred when it denied its motions for judgment as a matter of law, new trial, or remittitur.

Having had the benefit of oral argument and having carefully considered the record on appeal, the briefs of the parties, and the applicable law, we are not persuaded that the district court erred in denying defendant the relief it sought.

Because the reasoning which supports the district court's rulings has been articulated by the district court, the issuance of a detailed written opinion by this court would be duplicative and serve

no useful purpose.  Accordingly, the judgment of the district court is affirmed upon the reasoning

employed by that court in its Memorandum Opinion dated September 5, 2003.